1  MICHAEL B. MURPHY (State Bar No. 123849)
   mbm@severson.com
2  ELIZABETH L. DOLTER (State Bar No. 128457)
   eld@severson.com
3  ERYK R. GETTELL (State Bar No. 245245)
   erg@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  595 Market Street, Suite 2600
   San Francisco, California 94105
6  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439

Attorneys for Plaintiff
NORTH AMERICAN CAPACITY
INSURANCE COMPANY

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IRONSHORE SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA and GEORGE M. TYNDALL,<br><br>Defendants. | Case No.: 2:21-cv-01272–DDP (ASx)<br><br>**STIPULATION TO CONSOLIDATE ACTIONS AND REQUEST TO CONTINUE JUNE 5, 2023 SCHEDULING CONFERENCE** |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO FOLLOW FORM EXCESS LIABILITY POLICY NO. PHI1706285, et al,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, et al.,<br><br>Defendant. | Case No.: 2:22-cv-03184–DDP (ASx) |

10232.0009/16488236.1

STIPULATION TO CONSOLIDATE ACTIONS AND REQUEST TO CONTINUE JUNE 5, 2023 SCHEDULING CONFERENCE

| | |
|---|---|
| NORTH AMERICAN CAPACITY INSURANCE CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, and GEORGE M. TYNDALL,<br><br>    Defendants. | Case No.: 2:23-cv-02975-DDP (ASx) |

Plaintiffs Ironshore Specialty Insurance Company ("**Ironshore**"), Certain Underwriters at Lloyd's, London, Subscribing to Follow Form Excess Liability Policy No. PHI 1706285 and Certain Underwriters at Lloyd's, London, Subscribing to Follow Form Excess Liability Policy No. PHI 1706286 ("**Lloyd's**"), and North American Capacity Insurance Corporation ("**NACIC**") (collectively, "**Plaintiffs**") and Defendants University of Southern California ("**USC**") and Dr. George Tyndall ("**Dr. Tyndall**"), by and through the undersigned counsel, hereby stipulate and agree as follows:

## RECITALS

WHEREAS, Plaintiffs issued certain excess healthcare professional liability policies for the period July 1, 2017 through July 1, 2018 to USC (the "Policies") that are all part of the same "tower" of insurance;

WHEREAS, Plaintiffs filed related actions (the "Actions") against USC and Dr. Tyndall seeking (a) declarations that they are not obligated, in whole or in part, to provide coverage under the Policies for claims brought against Defendants by alleged victims of sexual assault and other misconduct by Dr. Tyndall (the "Tyndall Claims"); (b) reimbursement of payments made under the Policies on the Tyndall Claims; and/or (c) rescission of the Policies.

WHEREAS, the Actions are identified below:

1.     *Ironshore Specialty Insurance Company v. University of Southern California and George M. Tyndall,* United States District Court for the Central

District of California Case No. 2:21-cv-1272-DDP (ASx), filed on February 11, 2021 (the "Ironshore Action");

    2.    *Certain Underwriters at Lloyd's, London, Subscribing to Follow Form Excess Liability Policy No. PH1706285; and Certain Underwriters at Lloyd's, London, Subscribing to Follow Form Excess Liability Policy No. PH1706286 v. University of Southern California and George M Tyndall*, United States District Court for the Central District of California Case No. 2:22-cv-03184-DDP (ASx), filed on May 10, 2022 (the "Lloyd's Action"); and

    3.    *North American Capacity Insurance Corporation v. University of Southern California and George M Tyndall,* United States District Court for the Central District of California Case No. 2:23-cv-02975-DDP (ASx) filed on April 20, 2023 (the "NACIC Action");

    WHEREAS, Rule 42 (a) of the Federal Rules of Civil Procedure permits the Court to consolidate actions pending before it if those actions involve a "common question of law or fact";

    WHEREAS, Plaintiffs, Defendant USC, and Defendant Dr. Tyndall seek to consolidate the Actions pursuant to Federal Rule of Civil Procedure 42 for all purposes because they assert similar claims and raise similar questions of fact and law.  Consolidating the Actions would serve the interest of judicial economy and consolidation will not cause delay, confusion or prejudice. (*See In re Oreck Corp. Halo Vacuum & Air Purifiers Mktg. & Sales Practices Litig.*, 282 F.R.D. 486, 490 (C.D. Cal. 2012));

    WHEREAS, the parties also wish to correct the captions of the Actions because Dr. Tyndall's middle initial is R, not M.

## STIPULATION

    **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and among Plaintiffs, Defendant USC, and Defendant Dr. Tyndall, through their respective counsel of record, as follows:

1. The Actions share common questions of law and fact such that consolidation of the Actions for all purposes would serve the interest of judicial economy;

2. Plaintiffs, Defendant USC, and Defendant Dr. Tyndall desire to continue the Scheduling Conference currently set in the Ironshore Action and the Lloyd's Action for June 5, 2023 at 11:00 a.m. to July 10, 2023, or at a date that is convenient for the Court, and have the Scheduling Conference apply to all three of the Actions, *i.e.,* the Ironshore Action, the Lloyd's Action, and the NACIC Action. Counsel for Lloyd's are unavailable July 17, 2023 through August 4, 2023, and therefore request that the Scheduling Conference be held after that timespan if the Conference cannot go forward on July 10, 2023;

3. Plaintiffs, Defendant USC, and Defendant Dr. Tyndall stipulate that the same orders as set forth in the February 27, 2023 Minute Order entered in the docket of the Ironshore Action at ECF No. 108 shall also apply to the NACIC Action;

4. Plaintiffs, Defendant USC, and Defendant Dr. Tyndall stipulate that the captions of the Actions shall be corrected to identify Dr. Tyndall as George R. Tyndall; and

5. Nothing herein precludes any party from moving in the future for an order for a separate trial.

**IT IS SO STIPULATED.**

DATED: May 30, 2023  SEVERSON & WERSON
A Professional Corporation

By: /s/ Elizabeth L. Dolter
ELIZABETH L. DOLTER

Attorneys for Plaintiff NORTH AMERICAN CAPACITY INSURANCE COMPANY

DATED: May 30, 2023  KLINEDINST PC

By: /s/ Paul H. Burleigh
PAUL H. BURLEIGH

Attorneys for Plaintiff IRONSHORE SPECIALTY INSURANCE COMPANY

DATED: May 30, 2023  HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

By: /s/ Ronald P. Schiller
RONALD P. SCHILLER (pro hac vice)
SHARON F. MCKEE (pro hac vice)
THOMAS N. BROWN (pro hac vice)

Attorneys for Plaintiff IRONSHORE SPECIALTY INSURANCE COMPANY

| | | |
|---|---|---|
| DATED: May 30, 2023 | | HAIGHT BROWN & BONNESTEEL LLP |

By: /s/ Denis J. Moriarty
      DENIS J. MORIARTY
      GARY L. LAHENDRO

Attorneys for Plaintiffs CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SUBSCRIBING TO FOLLOW FORM EXCESS LIABILITY POLICY NO. PH1706285 AND CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SUBSCRIBING TO FOLLOW FORM EXCESS LIABILITY POLICY NO. PH1706286

DATED: May 30, 2023TAYLOR DEMARCO LLP

By: /s/ N. Denise Taylor
      N. DENISE TAYLOR

Attorneys for DEFENDANT GEORGE M. TYNDALL

DATED: May 30, 2023ISAACS | FRIEDBERG LLP

By: /s/ Jerome H. Friedberg
      JEROME H. FRIEDBERG

Attorneys for DEFENDANT UNIVERSITY OF SOUTHERN CALIFORNIA

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 595 Market Street, Suite 2600, San Francisco, CA 94105.

On May 30, 2023, I served true copies of the following document(s):

**STIPULATION TO CONSOLIDATE ACTIONS AND REQUEST TO CONTINUE JUNE 5, 2023 SCHEDULING CONFERENCE**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL:** I caused a copy of the document(s) to be sent from e-mail address tmp@severson.com to the persons at the e-mail addresses listed in the Service List. The document(s) were transmitted, and I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 30, 2023, at Petaluma, California.

*Tiffany Pierce*
_____
Tiffany M. Pierce

10232.0009/16488236.1

STIPULATION TO CONSOLIDATE ACTIONS AND REQUEST TO CONTINUE JUNE 5, 2023 SCHEDULING CONFERENCE

# SERVICE LIST

***North American Capacity Insurance Corporation v. University of Southern California and George M Tyndall,* Case No. 2:23-cv-02975-DDP (ASx)**

***Ironshore Specialty Insurance Company v. University of Southern California* Case No. 2:21-cv-01272-DDP (ASx)**

***Certain Underwriters at Lloyd's, London, Subscribing to Follow Form Excess Liability Policy No. PH1706285 and Certain Underwriters at Lloyd's, London, Subscribing to Follow Form Excess Liability Policy No. PH1706286 v. University of Southern California and George M Tyndall,* Case No. 2:22-cv-03184-DDP (ASx)**

| | |
|---|---|
| Paul H. Burleigh<br>KLINEDINST PC<br>777 S Figueroa St #4000, Los Angeles, CA 90017<br>T:(213) 442-7000 | Attorneys for Plaintiff IRONSHORE SPECIALTY INSURANCE COMPANY<br><br>Email: PBurleigh@KlinedinstLaw.com |
| Ronald P. Schiller<br>Sharon F. McKee<br>Thomas N. Brown<br>HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER<br>One Logan Square, 27th Floor<br>Philadelphia, Pennsylvania 19103<br>T: (215) 496-7060<br>F: (215) 568-0300 fax | Attorneys for Plaintiff IRONSHORE SPECIALTY INSURANCE COMPANY<br><br>Email: sfm@hangley.com<br>Email: rps@hangley.com<br>Email: tnb@hangley.com |
| Denis J. Moriarty<br>Gary L. Lahendro<br>HAIGHT BROWN & BONNESTEEL LLP<br>555 South Flower Street<br>Forty-Fifth Floor<br>Los Angeles, CA 90071<br>T: 213-542-8000<br>F: 213-542-8100 | Attorneys for Plaintiffs CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SUBSCRIBING TO FOLLOW FORM EXCESS LIABILITY POLICY NO. PH1706285 AND CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SUBSCRIBING TO FOLLOW FORM EXCESS LIABILITY POLICY NO. PH1706286<br><br>Email: glahendro@hbblaw.com<br>Email: dmoriarty@hbblaw.com |

| | | |
|---|---|---|
| 1 | N. Denise Taylor<br>TAYLOR DEMARCO LLP | Attorneys for DEFENDANT<br>GEORGE M. TYNDALL |
| 2 | 1000 Wilshire Blvd 19th floor,<br>Los Angeles, CA 90017 | Email: dtaylor@taylordemarco.com |
| 3 | T:(213) 687-1600 | |
| 4 | Jerome H. Friedberg<br>ISAACS \| FRIEDBERG LLP | Attorneys for DEFENDANT<br>UNIVERSITY OF SOUTHERN<br>CALIFORNIA |
| 5 | 555 South Flower Street, Suite 4250<br>Los Angeles, CA 90071 | |
| 6 | T: 213-929-5550<br>D: 213-929-5541 | Email: Jfriedberg@ifcounsel.com |

10232.0009/16488236.1

STIPULATION TO CONSOLIDATE ACTIONS AND REQUEST TO CONTINUE JUNE 5, 2023 SCHEDULING CONFERENCE